DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MCCLOUD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2339

[October 11, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 31-2005-CF-001063A.

Michael McCloud, Indiantown, pro se.

No brief required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CONNER, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***